IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS GIBISON, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | No. 12-200 |
| v. | : | |
| | : | |
| JOHN KERESTAS, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this ____3rd____ day of _____January_____, 2017, upon careful and independent consideration of the petition for writ of habeas corpus and the parties' briefs and related filings, and after review of United States Magistrate Judge Lynne A. Sitarski's Report and Recommendation and Petitioner's objections to the Report and Recommendation, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. The petition for writ of habeas corpus is **DENIED** and **DISMISSED**.
3. There is no basis for the issuance of a certificate of appealability.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: